

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00238-CV

Erasmo **FIGUEROA**,
Appellant

v.

**VILLAS OF VISTA DEL NORTE**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV01973
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

On October 27, 2015, this court received pro se appellant's brief. The brief does not comply with Texas Rule of Appellate Procedure 38.1 in that, among other defects, it fails to cite legal authority in support of the arguments presented and fails to include citations to the record. Appellant also failed to include a Certificate of Service.

While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38 requiring amendment.

It is therefore ORDERED that appellant file an amended brief within fifteen days from the date of this order. Appellant shall attempt to support arguments with citation to legal authority and shall include citations to the Clerk's Record or the Reporter's Record where appropriate and necessary. Most importantly, appellant must serve the brief on opposing counsel and include a Certificate of Service with the brief. If the amended brief with Certificate of Service is not filed within 15 days of the date of this order or does not correct these violations, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 38.9(a).

_____
Jason Pulliam, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court